July 20, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

FREDDY GARCIA, Appellant

NO. 14-16-00242-CR            V.

THE STATE OF TEXAS, Appellee

_____

        This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

        We further order this decision certified below for observance.